# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

United States of America §
§ CRIMINAL COMPLAINT
vs. § CASE NUMBER: DR:24-M -01488(1)
§
(1) Aryan Mahmoudpour §

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 18, 2024** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, an alien, did knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers for entry into the United States, a misdemeanor,

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent, Reynaga, Jeremy** and that this complaint is based on the following facts: *"On or about May 18, 2024, the defendant, Aryan MAHMOUDPOUR, an alien who is a native and citizen of Iran, entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers near Eagle Pass, TX.*

Sworn to before me and subscribed in my presence,    /s/ Reynaga, Jeremy
                                                      Signature of Complainant
                                                      Reynaga, Jeremy
                                                      Border Patrol Agent

05/23/2024                                           at   DEL RIO, Texas
File Date                                                 City and State

JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE                            Signature of Judicial Officer