# United States District Courts
## WESTERN DISTRICT OF TEXAS

United States of America **WARRANT FOR ARREST**

v.

(1) Aryan Mahmoudpour

Case Number: DR:24-M -01488(1)

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____(1) Aryan Mahmoudpour_____
                                                            Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description)

*On or about May 18, 2024, the defendant, Aryan MAHMOUDPOUR, an alien who is a native and citizen of Iran, entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers near Eagle Pass, TX.*

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

JOSEPH A CORDOVA                          UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                   Title of Issuing Officer

*[signature]*                             May, 23, 2024 DEL RIO, Texas
Signature of Issuing Officer              Date and Location

Bail Fixed at $  DETAIN        by   JOSEPH A CORDOVA
                                    Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-name defendant at DEL RIO, Texas. | | |
| Date Received<br>May 23, 2024 | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest<br>May 18, 2024 | Reynaga, Jeremy<br>Border Patrol Agent | /s/ Reynaga, Jeremy |