# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | |
| | § | Case Number: DR:24-M -01488(1) |
| (1) Aryan Mahmoudpour | § | |
| *Defendant* | | |

## ORDER APPOINTING COUNSEL

The above-named defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Priscilla Puente-Chacon, is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.

ORDERED this 29th day of May, 2024.

_____
MATTHEW H. WATTERS
UNITED STATES MAGISTRATE JUDGE