UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § | CAUSE NO 24-MJ-01488-JAC |
| ARYAN MAHMOUDPOUR<br>Defendant. | § § § | |

## MOTION FOR CONTINUANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, Priscilla Puente- Chacon, and files this Motion To Continue and in support thereof would show the Court as follows:

### I.

This case is set for Sentencing Hearing on June 3, 2024, at 9:00 A.M.

### II.

Undersigned Counsel has a vacation letter filed with the court, please see "Exhibit 1".

### III.

**WHEREFORE, PREMISES CONSIDERED**, counsel for the defendant prays that this motion be granted and that this case be continued, and for the further relief to which the defendant may show herself entitled under equity and at law.

Respectfully submitted,
The Law Office of Priscilla Puente-Chacon, PLLC
426 Madison Street
Eagle Pass, Texas 78852
Tel: (830) 758-0101
Fax: (830) 758-0094

_____
Priscilla Puente-Chacon
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was forwarded to all parties on this the May 31, 2024.

_____
PRISCILLA PUENTE CHACON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § | CAUSE NO 24-MJ-01488-JAC |
| ARYAN MAHMOUDPOUR<br>Defendant. | § § § | |

## ORDER

On this the _____ day of _____, 2024, came on to be heard the Defendant's Motion For Continuance and the Court after hearing argument and evidence thereon and being of the opinion that said Motion should be GRANTED.

It is therefore, ORDERED, ADJUDGED AND DECREED by the Court that the Preliminary Detention Hearing be continued until the _____14th_____ of \_\_\_\_\_June_____2024.

_____
JOSEPH CORDOVA
UNITED STATES JUDGE