# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

UNITED STATES OF AMERICA

v.

(1) ARYAN MAHMOUDPOUR

Defendant

Case Number: DR:24-M-01488(1)-EG
USM Number: 16843-511

**FILED**

**SEP 10 2024**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ DEPUTY

## JUDGMENT IN A CRIMINAL CASE (Petty Offense)
(For Offenses Committed On or After November 1, 1987)

The defendant, (1) ARYAN MAHMOUDPOUR, was represented by Priscilla Puente-Chacon.

The defendant pled guilty to the **Complaint** on August 12, 2024. Accordingly, the defendant is adjudged guilty, involving the following offense:

| Title & Section | Nature of Offense | Offense Ended |
|---|---|---|
| 8 U.S.C. § 1325 | Improper Entry by Alien | May 18, 2024 |

As pronounced on August 12, 2024, the defendant is sentenced as provided in pages 2 through 3 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this 12th day of August, 2024.

JA
USMS

**RETURNED EXECUTED**    8/29/24

_____
ERNEST GONZALEZ
UNITED STATES DISTRICT JUDGE

Arresting Agency: United States Border Patrol

A true copy of the original, I certify.
Clerk, U.S. District Court

By: _____
     Deputy Clerk